UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LOUIS HODGES, et al.,

        Plaintiffs,

   v.

CITY OF STOCKTON, et al.,

        Defendants.
_____/

NO. CIV. S-96-1245 WBS PAN

ORDER

----oo0oo----

     Plaintiff Christopher Hodges has filed an ex parte Petition for Withdrawal of Funds from Blocked Account.  The petition is on a form provided by the Judicial Council of California for use in the state courts.  Attached to the petition is a proposed Order with boxes which the court is apparently supposed to check and blanks which the court is apparently supposed to fill in.

1

1     The court is not familiar with these forms and does
2 not understand what it is asked to do with them.  Therefore the
3 party submitting the petition is ordered to appear in Courtroom
4 5 of this court, 501 I Street, Sacramento, California, at 2:00
5 p.m. on January 28, 2008, to explain exactly what action is
6 requested.  All other parties with any interest in the pending
7 request shall appear at the same time to explain their
8 positions.  If no appearances are made, the petition will be
9 ignored.
10     IT IS SO ORDERED.
11 DATED: December 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE