UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LOUIS HODGES, et al.,

     Plaintiffs,

  v.

CITY OF STOCKTON, et al.,

     Defendants.

_____/

NO. CIV. S-96-1245 WBS PAN

ORDER

----oo0oo----

The court continues to receive written requests from Christopher Hodges to withdraw funds from a blocked account in this case. For the reasons stated in its previous orders, the court is unable to understand Mr. Hodges' requests, and no one appeared at the hearing ordered by the court to be held on January 28, 2008, to explain the situation. Instead, Mr. Hodges just continues to file his written requests. In his most recent

communication, filed September 2, 2008, Mr. Hodges asserts that in June of 1997 the court ordered $2,722.90 to be placed in a trust fund for him at the Bank of Stockton.  The court finds no record on the docket sheet of such an order, and the court's file has been sent to the archives.

        Therefore, the Clerk is ordered to serve a copy of this Order on all counsel of record, and counsel of record for all parties in this case are hereby **ordered to appear** in Courtroom 5 of this court, 501 I Street, Sacramento, California, at **2:00 p.m.** on **November 3, 2008**, for a status conference to discuss the situation.  **No excuses will be accepted.**

        IT IS SO ORDERED.

DATED: September 26, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE