MC-358

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:  FAX NO. (Optional): | **FILED** |
| E-MAIL ADDRESS (Optional): | NOV - 3 2008 |
| ATTORNEY FOR (Name): | CLERK, U.S. DISTRICT COURT |
| UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF | EASTERN DISTRICT OF CALIFORNIA |
| STREET ADDRESS: 501 I St.,#4-200   CALIFORNIA | BY _____ |
| MAILING ADDRESS: | DEPUTY CLERK |
| CITY AND ZIP CODE: Sacramento, CA 95814 | |
| BRANCH NAME: | |
| CASE NAME: LOUIS HODGES, et al., v. CITY OF STOCKTON, et al. | |
| ORDER FOR WITHDRAWAL OF FUNDS FROM BLOCKED ACCOUNT | CASE NUMBER: CIV. S-96-1245 WBS/PAN  2:96-CV-1245 |

1. The petition of (name):                                                                                for withdrawal of funds
   a. ☐ was heard ex parte.
   b. ☐ came on regularly for hearing in this court on (date):

**THE COURT ORDERS**

2. Petitioner is authorized to withdraw funds and the depository is ordered to allow the petitioner to withdraw funds, upon presentation of a filed endorsed copy of this order, in the total amount of: $

3. The funds are located in the following account:
   a. Name and title on the account: Louis Hodges, Guardian; Christopher Hodges, Minor
   b. Depository (name): BANK OF STOCKTON
      (1) Branch: Main Street Office
      (2) Address: 301 East Main Street, Stockton, CA 95202  (209) 929-1250

   c. Account number: Certificate of Deposit 21876355-29 no. 45464

4. The funds are to be distributed by the depository, remittance payable as follows:
   a. Payee (name):
      Amount: $
   b. Payee (name):           *All funds to be disbursed to*
      Amount: $               *Christopher Hodges*
   c. Payee (name):
      Amount: $
   d. Payee (name):
      Amount: $

   ☐ Additional payees and amounts to be distributed are listed on Attachment 4.

5. ☐ The court further orders:

6. Number of pages attached: _____

Date: 11/3/2008

                                              _____
                                              JUDGE OF THE U.S. District Court
                              ☐ SIGNATURE FOLLOWS LAST ATTACHMENT

Page 1 of 1

Form Adopted for Mandatory Use       **ORDER FOR WITHDRAWAL OF FUNDS**       Cal. Rules of Court, rules 3.1384, 7.954
Judicial Council of California            **FROM BLOCKED ACCOUNT**                    www.courtinfo.ca.gov
MC-358 [Rev. January 1, 2007]

LexisNexis® Automated California Judicial Council Forms